UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD CAREY, | Case No.: 5:13-CV-02051-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| VITTORIA INDUSTRIES NORTH AMERICA, INC., VITTORIA INDUSTRIES Ltd., LION TYRES CO., Ltd., and DOES ONES through FIFTY, inclusive, | |
| Defendants. | |

Pursuant to the parties' joint request in their May 14, 2014 notice of settlement (ECF No. 22), the case management conference set for May 21, 2014, is continued to June 25, 2014, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by June 18, 2014.

**IT IS SO ORDERED.**

Dated: May 15, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 5:13-CV-02051-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE