UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD CAREY, ) | Case No.: 13-CV-02051-LHK |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| v. ) | |
| VITTORIA INDUSTRIES NORTH AMERICA ) INC., ) | |
| Defendant. ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 24, 2014, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, June 23, 2014, at 3:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: June 20, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge